1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| AMY KHACHATRYAN | Case No.: CV10-6389 VBF(RCx) |
|---|---|
| Plaintiff, | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; and AEGON USA, INC. EMPLOYEE WELFARE BENEFIT PLAN | Honorable Valerie Baker Fairbank<br>Filing Date:      August 26, 2010 |
| Defendants. | |

**O R D E R**

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 2/2/11

_____
Honorable Valerie Baker Fairbank
United States District Judge